UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00467

**Washington's Estate International Trade and Finance Co.,**
*Plaintiff,*

v.

**Century 21 et al.,**
*Defendants.*

# ORDER

Plaintiff Washington's Estate International Trade and Finance Company initiated this action, proceeding pro se, on December 6, 2021. Doc. 1. The cause of action was referred to United States Magistrate Judge John D. Love, who issued a report recommending that this case be dismissed without prejudice for lack of subject-matter jurisdiction. Doc. 4.  Thereafter, plaintiff filed a response objecting to the report and recommendation. Doc. 5.

The court reviews the objected-to portions of a report and recommendation de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).

Plaintiff's objection contends that a breach of contract claim raises a federal question under the Constitution. Doc. 4. Plaintiff's objection is without merit, and the court agrees that it lacks-subject matter jurisdiction over the asserted claims.

After completing a de novo review, the court finds no error. Accordingly, the report and recommendation (Doc. 4) is accepted. This cause of action is dismissed without prejudice.

*So ordered by the court on January 10, 2022.*

J. CAMPBELL BARKER
United States District Judge